

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00738-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: December 16, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On November 19, 2015, relator Robert Martinez filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator has not established a clear right to the relief sought. *See In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013). Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Additionally, relator requested leave to file the petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. Tex. R. App. P. 52. Therefore, relator's request for leave to file is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 587693, styled *The State of Texas v. Robert Martinez*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable John Longoria presiding.